FEDERAL POWER COMMISSION *v.* MIDWEST-
ERN GAS TRANSMISSION CO. ET AL.

No. 515. Decided January 12, 1959.

*Solicitor General Rankin, Assistant Attorney General Doub, Leonard B. Sand, Samuel D. Slade, Willard W. Gatchell* and *Howard E. Wahrenbrock* for petitioner.

*Harry S. Littman* for the Midwestern Gas Transmission Co. et al., and *Clarence H. Ross* for the Natural Gas Pipeline Co. et al., respondents.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court with instructions to dismiss respondent's petition for review as moot.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.